**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                              **Case No. 3:13-mj-1087-JRK**

**FREDERIC CILINS**

### O R D E R

Melissa Blye is permitted to enter the United States Courthouse with an IPAD and bluetooth keyboard on **Monday April 29, 2013**, for the preliminary hearing scheduled at 1:30 P.M. in Unites States v. Cilins. However, there will bo no live transmission from the courtroom and no audio or video recording is allowed.

**DONE AND ORDERED** at Jacksonville, Florida on April 29, 2013.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

mdc
Copies to:
Asst. U.S. Attorney (Karase)
Michelle P. Smith, Esquire
U.S. Marshal
Court Security Office